UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENCARNACION INIGUEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>YOUNG HOME MORTGAGE, LLC, et al.,<br><br>        Defendants. | Case No.<br>EDCV 13-00216-JGB(SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that PNC Mortgage and National City Mortgage are DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated: March 12, 2013

                                JESUS G. BERNAL<br>
                           United States District Judge