JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ENCARNACION INIGUEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>YOUNG HOME MORTGAGE LLC,<br>et al.<br><br>        Defendants. | Case No.<br>EDCV 13-00216-JGB (SPx)<br><br>**JUDGMENT AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

   On January 2, 2013, Plaintiff Encarnacion Iniguez filed a complaint in state court against Defendants Young Home Mortgage, LLC ("Young"), Wells Fargo Home Mortgage N.A. ("Wells Fargo"), National City Mortgage, ("National"), PNC Mortgage ("PNC"), and fictitious entities (collectively, "Defendants"). (Not. of Removal, Exh. 1, Doc. No. 1.) On February 1, 2013, Defendants removed the action to this Court. (Not. of Removal.)

   On February 8, 2013, National and PNC filed a motion to dismiss Plaintiff's complaint. (Doc. No. 4.) The Court granted the motion on March 12, 2013 due to

Plaintiff's failure to oppose and entered judgment dismissing PNC and National from the complaint without prejudice. (Doc. Nos. 7-8.)

On July 12, 2013, the Court issued an order to show cause by July 23, 2013 why the case should not be dismissed for lack of prosecution as to the remaining Defendants. (Doc. No. 9.) The Court put Plaintiff on notice that failure to respond to the order would be deemed consent to the dismissal of the action. (Id.) As of the date of this Order, Plaintiff has not responded to the order to show cause, nor has he filed the required proofs of service.

Accordingly, the Court DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: 8/13/13

JESUS G. BERNAL
United States District Judge

JS-6

2